# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL SOPINSKI

    Plaintiff,

v.

LACKAWANNA COUNTY, and
BRIAN LOUGHNEY, in his individual
capacity

    Defendants.

3:16-CV-00466
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 18th DAY OF NOVEMBER 2016, upon consideration of Defendants' Motion to Dismiss, (Doc. 5), and all accompanying briefs, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Dismiss, (Doc. 5), is **GRANTED IN PART AND DENIED IN PART**.

2. Defendants' Motion to Dismiss Count I is **DENIED**.

3. Defendants' Motion to Dismiss Count II is **GRANTED**. Count II is **DISMISSED WITH PREJUDICE**.

4. Defendants' Motion to Dismiss Count III is **GRANTED**. Count III is **DISMISSED WITH PREJUDICE**.

5. Defendants' Motion to Dismiss Count IV is **DENIED**.

6. Defendants' Motion to Dismiss Count V is **DENIED**.

*[signature]*

Robert D. Mariani
United States District Judge